UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re ROWENA KEENEY,

Debtor.

ROWENA KEENEY,

Appellant,

v.

AMANJOR DHANOA,

Appellee.

No. 2:17-cv-00746-MCE

**ORDER**

On April 6, 2017, Rowena Keeney filed the instant appeal in this matter from a ruling of the bankruptcy court, and the case was transmitted to the undersigned for adjudication. Under the terms of the Court's Opening Letter (ECF No. 2), Ms. Keeney, as the Appellant, was directed to file within fourteen (14) days a designation of record, statement of issues on appeal, and notice regarding the ordering of transcripts with the bankruptcy court. Ms. Keeney failed to make the required filing, and on May 12, 2017 the bankruptcy court issued a notice accordingly, and advised the Court that neither filing nor transcript fees had been paid. ECF No. 3.

On January 29, 2018, after nothing further had transpired, this Court issued an Order to Show Cause why Ms. Keeney's appeal should not be dismissed for failure to

1

complete the record on appeal.  The Court's Order specifically advised Ms. Keeney that failure to file a reply within twenty-one (21) days could result in a dismissal of her appeal.

To date, nothing whatsoever has been filed by Ms. Keeney despite the fact that her appeal was initiated nearly a year ago.  Moreover, by not responding to the Court's Order to Show Cause within the designated time parameters, Ms. Keeney failed to comply with the Court's express order, and was warned that such failure could result in dismissal of her appeal.  The fact that the Order to Show Cause was returned as undeliverable affords no defense since, under Local Rule 183(b), Ms. Keeney was obligated to keep the Court advised as to her current address.

Ms. Keeney's Bankruptcy Appeal (ECF No. 1) is accordingly DISMISSED, without prejudice, for failure to prosecute and for failure to comply with the Court's orders.  The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  March 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE